ANGEL IRIZARRY v. A & I DRYWALL.

March 21, 1989.

Petition for certification denied.

BOGUSLAW OCZKOWSKI v. PATRICIA OCZKOWSKI.

March 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ABDUL M. HASSAN.

March 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. BARRY DUNCAN.

March 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JAVIER R. VARGAS.

March 21, 1989.

Petition for certification denied.